Sheehan & Associates, P.C.

505 Northern Boulevard, Suite 311, Great Neck, NY 11021
tel. 516.303.0552
fax 516.234.7800
spencer@spencersheehan.com

June 14, 2019

District Judge Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     1:19-cv-00004-ENV-SJB
        Hightower v. Beyond Better Foods, LLC

Dear District Judge Vitaliano:

This office represents the plaintiff in the above action. On April 17, 2019, plaintiff returned an executed waiver of service, setting defendant's answer or responsive pleading due on June 17, 2019. ECF No. 6. In accordance with your Honor's Individual Motion Practice and Rules, plaintiff, jointly with defendant, requests an extension of time for the filing of defendant's answer or responsive pleading. Section I(H).

The original compliance date for defendant's answer or responsive pleading is June 17, 2019 and there have been no previous requests for extending defendant's time to answer or respond and no previous requests were granted or denied. The parties have conferred regarding the timing, substance and procedures related to defendant's answer or responsive pleading and have reviewed their respective calendars.

The parties agreed that an extension of thirty days, so that defendant's answer or responsive pleading shall be due on July 18, 2019, would facilitate the orderly administration of this action and preserve the resources of this Court. Thank you.

Respectfully submitted,

 /s/ Spencer Sheehan
Spencer Sheehan

Certificate of Service

I certify that on June 14, 2019, I served the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

| | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan
Spencer Sheehan