Sheehan & Associates, P.C.
Spencer Sheehan
spencer@spencersheehan.com
(516) 303-0552

United States District Court
Eastern District of New York

1:19-cv-00004-ENV-SJB

Romel Hightower individually and on
behalf of all others similarly situated

                              Plaintiff

                  - against -

Beyond Better Foods, LLC

                              Defendant

Notice of Voluntary Dismissal

Plaintiff gives notice this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   July 9, 2019

Respectfully submitted,

Sheehan & Associates, P.C.
/s/Spencer Sheehan
Spencer Sheehan (SS-8533)
505 Northern Blvd., Suite 311
Great Neck, NY 11021
(516) 303-0552
spencer@spencersheehan.com

1:19-cv-00004-ENV-SJB
United States District Court
Eastern District of New York

Romel Hightower individually and on behalf of all others similarly situated

Plaintiff

- against -

Beyond Better Foods, LLC

Defendant

## Notice of Voluntary Dismissal

Sheehan & Associates, P.C.
505 Northern Blvd., #311
Great Neck, NY 11021
Tel: (516) 303-0052
Fax: (516) 234-7800

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: July 9, 2019

/s/ Spencer Sheehan
Spencer Sheehan