Sheehan & Associates, P.C.
Spencer Sheehan
spencer@spencersheehan.com
(516) 303-0552

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 10 2019
BROOKLYN OFFICE

United States District Court
Eastern District of New York

1:19-cv-00004-ENV-SJB

| Romel Hightower individually and on behalf of all others similarly situated |
| --- |
| Plaintiff |
| - against - |
| Beyond Better Foods, LLC |
| Defendant |

Notice of Voluntary Dismissal

Plaintiff gives notice this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 9, 2019

Respectfully submitted,

Sheehan & Associates, P.C.
/s/Spencer Sheehan
Spencer Sheehan (SS-8533)
505 Northern Blvd., Suite 311
Great Neck, NY 11021
(516) 303-0552
spencer@spencersheehan.com

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: 7/9/2019

/s/ USDJ ERIC N. VITALIANO
Eric N. Vitaliano
United States District Judge

The Clerk is directed to close this case.